**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DANIELLE L WALTER<br><br>              Debtor(s)<br><br>Ronda J. Winnecour<br>              Movant<br>          vs.<br>No Repondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 12-70647-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 68 |

**ORDER OF COURT**

  AND NOW, this **10th** day of **October**, 2017, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1)  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/10/17 7:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____  mas
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-70647-JAD
Danielle L Walter                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut                    Page 1 of 2                  Date Rcvd: Oct 10, 2017
                              Form ID: pdf900               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
```
db             +Danielle L Walter,    1425 18th Avenue,    Altoona, PA 16601-3237
13420522       +American Education Services,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13420526      #+Atlantic Broadband,    c/o Credit Protection Associations,    24 Main Street,
                 Bradford, PA 16701-2018
13461612        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13420527       +Capital One Bank USA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13420528       +Chadwick's,    P.O. Box 659728,    San Antonio, TX 78265-9728
13420529       +CitiFinancial,    P.O. Box 499,    Hanover, MD 21076-0499
13422503       +Citizens Auto Finance,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13420530       +Dental Care Associates,    1415 Eisenhower Blvd.,    Johnstown, PA 15904-3217
13420531       +Household Bank,    P.O. Box 17051,    Baltimore, MD 21297-1051
13420534       +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street, Suite 2080,
                 Philadelphia, PA 19109-1031
13420538       +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
13420539       +Verizon Pennsylvania,    500 Technology Drive, Suite 300,    Weldon Spring, MO 63304-2225
13420540       +Verizon Wireless - Great Lake,    1515 E. Woodfield Road, Suite 1400,
                 Schaumburg, IL 60173-5443
13420542       +Zenith Acquisition,    220 John Glenn Dr. #1,    Buffalo, NY 14228-2246
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13420521       +E-mail/Text: EBNProcessing@afni.com Oct 11 2017 01:40:36     Afni, Inc.,    404 Brock Drive,
                 P.O. Box 3097,    Bloomington, IL 61702-3097
13438284        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2017 01:41:54
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13420523       +E-mail/Text: EBNProcessing@afni.com Oct 11 2017 01:40:36     Anderson Fin Network/Bloom,
                 404 Brock Drive,    P.O. Box 3097,    Bloomington, IL 61702-3097
13420524       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 11 2017 01:40:23     Asset Acceptance Corp,
                 P.O. Box 2036,    Warren, MI 48090-2036
13422689       +E-mail/Text: bankruptcy@cavps.com Oct 11 2017 01:40:45     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13420532       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 01:41:51     LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
13520556        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 01:42:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13520557        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 01:42:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13520565        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 01:42:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
                 Corporation,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13420533        E-mail/Text: camanagement@mtb.com Oct 11 2017 01:40:03     M & T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14221
13432040        E-mail/Text: camanagement@mtb.com Oct 11 2017 01:40:03     M&T Bank,    P.O. Box 1288,
                 Buffalo, New York 14240
13420535       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2017 01:40:25     Midland Credit Management, Inc.,
                 8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
13420536       +E-mail/Text: egssupportservices@egscorp.com Oct 11 2017 01:40:40
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13473538       +E-mail/Text: bncmail@w-legal.com Oct 11 2017 01:40:38     OAK HARBOR CAPITAL LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13420537       +E-mail/Text: bknotice@erccollections.com Oct 11 2017 01:40:35     Sprint,
                 c/o Enhanced Recovery Corporation,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
13420541        Vince's Auto
13420525*      +Asset Acceptance, LLC,    P.O. Box 2036,    Warren, MI 48090-2036
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-7          User: mgut                Page 2 of 2               Date Rcvd: Oct 10, 2017
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          Forrest B. Fordham, III    on behalf of Debtor Danielle L Walter FFordhamlaw@msn.com,
           fordham-law@hotmail.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kevin T. McQuail    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
          Marisa Myers Cohen    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 9
```